UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, and
The STATE OF WISCONSIN, *ex rel.*,
ROBERT W. NINNEMAN, M.D., and
LISA A. BARATTA, M.D., individually,

        Plaintiffs,

v.

AURORA HEALTH CARE METRO, INC., *et al.*,

        Defendants.

FILED UNDER SEAL

Civil Action No. 13-C-591

---

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE

---

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States of America notifies the Court of its decision to intervene in this action for settlement purposes against Aurora Health Care, Inc., the parent of defendants Aurora Health Care Metro, Inc., Aurora Medical Group, Inc., and Aurora Cardiovascular Services. With this notice, the United States and the State of Wisconsin is also filing a joint notice of voluntary dismissal, together with relators, and an accompanying order dismissing this action and providing for the lifting of the seal.

Dated this 17th day of December, 2018.

        Respectfully submitted,

        s/ Matthew D. Krueger

        MATTHEW D. KRUEGER
        United States Attorney
        Wisconsin State Bar No. 1096923
        Office of the United States Attorney
        Federal Building, Room 530
        517 East Wisconsin Avenue

Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Fax: 414-297-4394
[matthew.krueger@usdoj.gov](mailto:matthew.krueger@usdoj.gov)